IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JERRY NEIL ALFRED,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                        CASE NO. 1D14-1434

STEPHEN K. ENFINGER, et al.,
L. T. FLORIDA DEPARTMENT
OF CORRECTIONS,

        Respondents.

_____/

Opinion filed November 7, 2014.

Petition for Writ of Certiorari – original jurisdiction.

Jerry Neil Alfred, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Eric M. Neiberger, Assistant Attorney General,
Tallahassee; Jennifer Parker, General Counsel, Department of Corrections,
Tallahassee, for Respondents.

PER CURIAM.

        DENIED.

PADOVANO, THOMAS, and CLARK, JJ., CONCUR.